UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    -against-


JUAN JIGGETTS,

                              Defendant.

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____           │
│ DATE FILED: 11/23/2021_____          │
└─────────────────────────────────────┘
```

21 Cr. 664 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court will hold an initial criminal conference in this action for Defendant Jiggetts on **November 30, 2021**, at **1:00 p.m.**, and shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  To gain entry to 500 Pearl Street, follow the instructions provided here:

https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf.

All individuals must practice social distancing at all times in the courthouse.  Individuals must wear a mask that covers their nose and mouth at all times in the courthouse.  Bandanas, gaiters, and masks with valves are not permitted.

SO ORDERED.

Dated: November 23, 2021
       New York, New York

_____
        ANALISA TORRES
     United States District Judge