**MEMO ENDORSED**

# JLJ LAW

**Jennifer R. Louis-Jeune**
**Kestine Thiele**

**Law Office of Jennifer R. Louis-Jeune**

52 Duane Street, Floor 7
New York, New York 10007
T: 212. 203. 9058
F: 914. 219. 0958
JENNIFER@JLJLAW.COM
KESTINE@JLJLAW.COM

August 25, 2022

**TO BE FILED UNDER SEAL**

<u>**Via ECF and Electronic Mail**</u>
Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York

Deft's request for an extension of time until Aug. 31, 2022 to file his sentencing memo is GRANTED. The Gov't shall file its sentencing memo on or before 12:00 pm on Sept. 7, 2022. Counsel are reminded to provide chambers with two courtesy copies. Sentencing remains scheduled for Sept. 9, 2022. Clerk of Court is requested to terminate the motion at ECF No. 56.
Dated: White Plains, NY
      Aug. 26, 2022

SO ORDERED:
/s/
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re: *United States v. Jose Martinez*, 22 Cr. 21 (NSR)

Dear Judge Román:

      I represent Jose Martinez in the above-captioned matter. I am writing to request additional time to file the sentencing submission in this case. Sentencing in this matter is scheduled for September 9, 2022, and in accordance with the Court Rules, our sentencing submission is due tomorrow, August 26, 2022. I respectfully request additional time, until Wednesday, August 31, 2022, to file our submission.

      [REDACTED] I have endeavored to complete this submission in a timely fashion, including conducting interviews with Mr. Martinez, his family members and Pretrial Services during this time. Unfortunately, I require additional time to finalize the submission while being mindful of my health. It is imperative that Mr. Martinez be sentenced on September 9, due to issues with his living situation, so I do not seek to adjourn sentencing.

      I respectfully request that this submission be filed under seal, as it pertains to my personal health. Thank you for your consideration of this request.

Respectfully submitted,

/s/

Jennifer R. Louis-Jeune, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2022