# ANTHONY L. RICCO
### ATTORNEY AT LAW

20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007

TEL (212) 791-3919
FAX (212) 964-2926
tonyricco@aol.com

STEVEN Z. LEGON
OF COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2022

November 30, 2022

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Juan Jiggetts*, Docket No. 21 Cr. 664 (AT)

Dear Judge Torres:

This letter motion is submitted to request a 45 day adjournment of the status conference which is presently scheduled for December 6, 2022 at 10:00 a.m., as the parties continue the process of plea negotiations, and both defense counsel and the defendant, Juan Jiggetts, continue to review a massive amount of electronic discovery material in this case.

Defense counsel has conferred with the government regarding this application, and the government does not have any objection. Additionally, defense counsel consents to exclusion of speedy trial time in the above-referenced matter, pursuant to 18 U.S. Code § 3161, until the date of the next scheduled status conference.

Should the parties reach an agreement on a disposition of this matter, we shall notify the court as soon as possible.

Thank you for your attention to this matter. If there are any questions, or if any additional information is required, please contact me at your Honor's convenience.

GRANTED. The status conference scheduled for December 6, 2022, is ADJOURNED to **January 24, 2023**, at **10:00 a.m.** It is further ORDERED that the time until January 24, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow time for the parties to produce and review discovery, as well as explore pretrial resolutions.

SO ORDERED.

Dated: December 1, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge