UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUAN JIGGETTS,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/2/2023__

21 Cr. 664 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The status conference scheduled for March 7, 2023, is ADJOURNED *sine die*. By **March 10, 2023**, the parties shall submit blackout dates for trial covering the third and fourth quarters of 2023.

      SO ORDERED.

Dated: March 2, 2023
       New York, New York

                                                ANALISA TORRES
                                   United States District Judge