UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUAN JIGGETTS,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/13/2023__

21 Cr. 664 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a plea hearing for Defendant on **April 7, 2023**, at **2:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York, 10007.

    SO ORDERED.

Dated: March 13, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge